JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VGA Holdings, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: CV 20-7441-MWF (PVCx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against Defendant VGA Holdings, LLC, a California Limited Liability Company ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: February 4, 2021

_____
MICHAEL W. FITZGERALD
United States District Court